JUDGMENT
==========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 98-55853
CT/AG#: CV-96-07304-RSWL

FRANK REGULA

    Plaintiff - Appellant

v.

DELTA FAMILY-CARE DISABILITY SURVIVORSHIP PLAN

    Defendant - Appellee

---------------------------

AMERICAN COUNCIL OF LIFE INSURERS; UNUM LIFE INSURANCE
COMPANY OF AMERICA, THE PAUL REVERE LIFE INSURANCE COMPANY,
AND PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

    Amici Curiae

----------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.



ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered   9/24/01



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 9 - 2004
by
Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## BILL OF COSTS

For Official Use Only

**Frank Regula** v. **Delta Family-Care Disability and Survivorship Plan**     CA No. __98-55853__

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

The Clerk is requested to tax the following costs against: __Frank Regula__

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed. | | | ALLOWED To be completed by the Clerk. | | | |
|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 15 | 248 | $.10 | $372.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 53 | $.10 | $79.50 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other SEE ATTACHED | | | | | | | | |
| | | | TOTAL: $674.00 | | | | TOTAL: $ 674.00 |

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.
** Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

Attorneys' fees cannot be requested on this form.

**J. Timothy Mc Donald**, under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: /s/ _____   Date: Feb 2, 2004

Name of Counsel (printed or typed): __J. Timothy Mc Donald__   Attorney for __Delta Family-Care Disability & Survivorship Plan__

Date: 3/9/04

Costs are taxed in the amount of $ __674.00__

Clerk of Court

By: _____ Deputy Clerk

FILED
FEB - 3 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 9 2004
by Deputy Clerk

S:\Forms\APPCKT\BILL_OF_COST_FRM.WPD                    REV. 11/95

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed | | | | ALLOWED To be completed by Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Documents | Pages Per Document | Cost Per Page | Total Cost | No. of Documents | Pages Per Document | Cost per Page | Total Cost |
| Brief requested By Court Regarding Whether This Matter Should Be Heard En Banc | 50 | 16 | $.10 | $80.00 | | | | |
| Petition for Relevancy with Suggestion for Rehearing En Banc | 50 | 21 | $.10 | $105.00 | | | | |
| Supplemental Brief on Remand for U.S. Supreme Court | 15 | 25 | $.10 | $37.50 | | | | |

# STATEMENT IN SUPPORT OF BILL OF COSTS

# REGULA v. DELTA FAMILY-CARE DISABILITY AND SURVIVORSHIP PLAN
# NO: 98-5583

Costs are sought for 16 Excerpts of Record and Appellee's Briefs because the Court requested this number of briefs be filed by Notice of Court as noted on the Court's docket dated October 5, 1998.

The July 10, 2000 Brief in Opposition Rehearing En Banc was filed at the request of the Court, which request is reflected on the Court's docket on June 20, 2000 and which request required that 50 copies be filed.

50 copies of the Petition for Rehearing with suggestion for rehearing en banc were filed after judgment by Appellee on October 9, 2001. The amount of copies was required by rule.

On August 1, 2003, at the request of the Court, Appellee filed 15 Supplemental Briefs on Remand from the Supreme Court of the United States.

DATED: February 2, 2004.

                                      Respectfully submitted,

                                      ROGERS & HARDIN LLP

By: _____
       Hunter R. Hughes
       Ga. Bar No. 375850
       J. Timothy Mc Donald
       Ga. Bar No. 489420
       Attorneys for Appellee
       Delta Family-Care
       Disability Survivorship
       Plan

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the "Bill of Costs" upon counsel of record in this matter by causing same to be delivered via Federal Express overnight delivery, addressed as follows:

>Lawrence D. Rohlfing, Esq.
>Law Offices of Lawrence D. Rohlfing
>12631 East Imperial Highway
>Suite C-115
>Santa Fe Springs, CA 90670

This 2nd day of February, 2004.

_____
J. Timothy Mc Donald
Ga. Bar No. 489420

ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 522-4700

3